UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RAYMOND BRUCE BELTON, | ) | 1:05-CV-1552 REC LJO HC |
| | ) | |
| Petitioner, | ) | ORDER |
| | ) | |
| v. | ) | [Doc. #2] |
| | ) | |
| BERNIE ELLIS, | ) | |
| | ) | |
| Respondents. | ) | |

     Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

     On December 5, 2005, Petitioner filed an application to proceed in forma pauperis and a certified copy of his prison trust account.  Examination of these documents reveals that Petitioner is able to afford the costs of this action.  Specifically, Petitioner has had an average monthly balance of $482.62 over the past six months.  In addition, the current balance of Petitioner's prison trust account is $200.16.  Accordingly, the motion to proceed in forma pauperis is DENIED.  See 28 U.S.C. § 1915.  Petitioner is ORDERED to pay the five dollar ($5.00) filing fee within thirty (30) days of the date of service of this order.  Failure to follow this order will result in the petition's dismissal pursuant to Local Rule 11-110.

IT IS SO ORDERED.

**Dated:  January 27, 2006**                                **/s/ Robert E. Coyle**
668554                                                                UNITED STATES DISTRICT JUDGE