# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND BRUCE BELTON, | 1:05-CV-1552 REC LJO HC |
| Petitioner, | ORDER ADOPTING FINDINGS AND RECOMMENDATION [Doc. #8], DISMISSING PETITION FOR WRIT OF HABEAS CORPUS [Doc. #1], AND DIRECTING CLERK OF COURT TO ENTER JUDGMENT FOR RESPONDENT |
| v. | |
| BERNIE ELLIS, | |
| Respondent. | |

    Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

    On April 6, 2006, the Magistrate Judge issued a Findings and Recommendation that recommended the petition be DISMISSED for failure to allege grounds that would entitle Petitioner to relief under 28 U.S.C. § 2241. The Magistrate Judge further recommended that the Clerk of Court be DIRECTED to enter judgment.  The Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within thirty (30) days of the date of service of the order.

    On April 28, 2006, Petitioner filed objections to the Findings and Recommendation.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, including Petitioner's objections, the Court concludes that the Magistrate Judge's Findings and Recommendation is supported by the record and proper analysis. Petitioner concedes he presented his claims on direct appeal to the Seventh Circuit and in subsequent § 2255 motions. Thus, Petitioner has had numerous unobstructed procedural opportunities to present his claims. Petitioner's objections present no grounds for questioning the Magistrate Judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation issued April 6, 2006, is ADOPTED IN FULL;

2. The Petition for Writ of Habeas Corpus is DISMISSED; and

3. The Clerk of Court is DIRECTED to enter judgment for respondent.

IT IS SO ORDERED.

Dated:  **May 31, 2006**          /s/ Robert E. Coyle
668554                            UNITED STATES DISTRICT JUDGE