

JUN 2 7 2006

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

RAYMOND BELTON,

vs.

BERNIE ELLIS,

_____/

**ORDER RE: CERTIFICATE OF APPEALABILITY**

CV-F-05-1552 REC LJO HC

Judgment having been entered in this matter, any request for a Certificate of Appealability shall be:

_____   Granted for the following reason:

_____
_____
_____
_____

__X__   Denied for the following reason:

PETITIONER HAS HAD "CLEAR SHOTS" TO RAISE IN THREE PRIOR HABEAS PETITIONS THE "GARRETT" EFFECT ON CAREER OFFENDER STATUS. THE SEVENTH CIRCUIT HAS RULED GARRETT IS NOT RETROACTIVE AND HAS PREVIOUSLY DENIED LEAVE FOR PETITIONER'S FILING OF SUCCESSIVE H/C PETITIONS AND HAS SUGGESTED PETITIONER BE SANCTIONED. NO ISSUE DEBATEABLE AMONG JURISTS OF REASON IS PRESENTED.

Dated: 6-23-06

OLIVER W. WANGER
United States District Judge